**NORMAN BIE, Appellant, v. LEVIE D. SMITH, doing business as Smith & Smith, Realtors, Appellee.**

September 13, 1946                                          Division A

Rehearing denied September 30, 1946

Affirmed.

**PETE CAPITANO, Appellant, v. STATE OF FLORIDA, Appellee**

September 13, 1946                                     June Term, 1946

Division A

Affirmed.

**CLARENCE HANNAH, Appellant, v. STATE OF FLORIDA, Appellee**

September 13, 1946                                     June Term, 1946

Division A

Affirmed.

**ALLEN SIMMONS, Appellant, v. EVELYN SIMMONS, Appellee**

September 13, 1946                                     June Term, 1946

Division A

Affirmed.